UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GUARDADO, JR.,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant.<br>_____/ | 1:09-cv-01450-SMS<br><br><br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br>(Doc. 2) |

   Plaintiff is proceeding pro se with an action in which he seeks judicial review of a final decision of the Commissioner of Social Security denying his application for benefits.

   Plaintiff has submitted a declaration that makes the showing required by § 1915(a).  Accordingly, plaintiff's request to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915(a).  However, the Court will not direct that service be undertaken until the Court screens the complaint and issues a screening order, which will be accomplished in due course.

IT IS SO ORDERED.

**Dated:   August 24, 2009**              **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

1