UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON GUARDADO, JR., | ) | 1:09-cv-01450-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING CLERK TO ISSUE** |
| | ) | **SUMMONS AND FORWARD SERVICE** |
| v. | ) | **DOCUMENTS TO PLAINTIFF** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER DIRECTING PLAINTIFF TO** |
| COMMISSIONER OF SOCIAL | ) | **SUBMIT COMPLETED SERVICE** |
| SECURITY, | ) | **DOCUMENTS TO CLERK** |
| | ) | |
| Defendant. | ) | **ORDER DIRECTING SERVICE BY** |
| | ) | **MARSHAL TO PROCEED** |

Plaintiff is proceeding pro se and in forma pauperis with an action seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's application for benefits.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On August 25, 2009, plaintiff's application to proceed in forma pauperis was granted (Doc. 3).  However, the Court did not direct that service be undertaken until the complaint was screened and a screening order was issued in due course.  On September 1, 2009, the Court dismissed plaintiff's complaint with leave to amend, and directed plaintiff to file an amended

1

complaint within thirty days (Doc. 4).  On October 1, 2009, plaintiff filed an amended complaint (Doc. 5), which is the complaint that should be served on defendant.  Further, the Clerk has not yet issued the summons nor the service documents, which must now be sent to plaintiff for completion and return to the Clerk for forwarding to the Marshal for use in serving defendant.

    Accordingly, it is ORDERED:

    1.   That the Clerk of Court is DIRECTED to send plaintiff a file-endorsed copy of the amended complaint, copies of the summons, a copy of the order granting the application to proceed in forma pauperis and directing the Marshal to serve defendant, USM-285 forms, and instructions for completing USM-285 forms.

    2.   That plaintiff is DIRECTED to complete and return the USM-285 forms to the Clerk, and the required documents as indicated on the instructions to the Clerk, within twenty (20) days from the date of service of this order.

    3.   That upon receipt of the appropriate forms and documents, the Clerk is DIRECTED to forward them on to the Marshal, and service by the Marshal shall proceed.

    4.   That plaintiff is ADVISED that failure to comply with this order will result in this action being dismissed outright.

IT IS SO ORDERED.

**Dated:   October 8, 2009**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE