UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON GUARDADO, JR., | ) | 1:09-cv-01450-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ISSUE AND SERVE SCHEDULING** |
| v. | ) | **ORDER ONLY** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

Plaintiff is proceeding pro se in an action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for benefits.

Because plaintiff has previously established his entitlement to proceed in forma pauperis, and has stated a claim against the Commissioner pursuant to his Amended Complaint, the Clerk is DIRECTED to issue and serve plaintiff with a scheduling order only.

IT IS SO ORDERED.

**Dated:   May 25, 2010**               /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE