ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| RAMON GUARDADO, JR. | CASE NO. 1:09-CV-01450-SMS |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO SERVE DEFENDANT'S WITH A CONFIDENTIAL LETTER BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to serve Defendant's with a Confidential Letter Brief in the above-referenced case, the request is hereby APPROVED.

Plaintiff shall serve her Confidential Letter Brief on or before August 23, 2010.

SO ORDERED.

Dated:  June 25, 2010              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE