ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| RAMON GUARDADO, JR. | CASE NO. 1:09-CV-01450-SMS |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE AN OPENING BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. _____/ | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file and serve an Opening Brief in the above-referenced case, the request is hereby APPROVED.

Plaintiff shall serve her Confidential Letter Brief on or before December 27, 2010.

SO ORDERED.

DATED:   10/18/2010            /s/ SANDRA M. SNYDER
                               SANDRA M. SNYDER
                               UNITED STATES MAGISTRATE JUDGE

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE AN OPENING BRIEF