BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAMON GUARDADO, JR., | Case No. 1:09-CV-01450-SMS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel and the number and complexity of issues in Plaintiff's opening brief. The current due date is February 2, 2011. The new due date will be March 4, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                Respectfully submitted,

DATE: January 21, 2011      ANN M. CERNEY

            By: /s/ *Ann M. Cerney**
               (* As authorized via email dated January 21, 2011)
               ANN M. CERNEY

               Attorney for Plaintiff

DATE: January 21, 2011      BENJAMIN B. WAGNER
               United States Attorney
               LUCILLE GONZALES MEIS
               Regional Chief Counsel, Region IX
               Social Security Administration

            By /s/ *Jacob M. Mikow*
               JACOB M. MIKOW
               Special Assistant U.S. Attorney

               Attorneys for Defendant

               **ORDER**

IT IS SO ORDERED.

Dated: January 24, 2011       /s/ Sandra M. Snyder
               UNITED STATES MAGISTRATE JUDGE