IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| RAMON GUARDADO, JR., | ) | |
| | ) | CIVIL NO. 1:09-CV-01450-SMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of Fees Pursuant to EAJA ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000.00) subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   September 22, 2011                 /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE