**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GUARDADO, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:09-CV-01450-SMS<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

The Court has considered Plaintiff Ramon Guardado, Jr.'s April 26, 2013 motion for fees, and Defendant's Statement of Non-Opposition filed May 13, 2013. Plaintiff was awarded past due benefits, of which the Commissioner withheld 25%, or $14,513.75, as a possible attorney's fee under 42 U.S.C. § 406(b). Plaintiff had agreed to pay his attorney up to this amount, offset by any fee awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA). As the Court previously awarded $7,000 in fees under the EAJA, Plaintiff seeks $7,513.75 in fees under § 406(b).

The Court hereby GRANTS Plaintiff's motion and awards Ann M. Cerney, attorney for Plaintiff, attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $7,513.75.

DATED: 5/20/2013            /s/ SANDRA M. SNYDER

                            UNITED STATES MAGISTRATE JUDGE

1